# Court of Appeals
# of the State of Georgia

ATLANTA,  December 02, 2024

*The Court of Appeals hereby passes the following order:*

## A25D0137. AALIYAH EARLE v. ADEDOTUN KEMBI.

Aaliyah Earle filed this timely application for discretionary appeal from the trial court's order granting Adedotun Kembi's petition to modify custody of the parties' children and finding Earle in contempt of prior orders.[1] Under OCGA § 5-6-34 (a) (11), direct appeals are permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders." Thus, when the issue on appeal pertains to child custody, the order is directly appealable. See *Voyles v. Voyles*, 301 Ga. 44, 46-47 (799 SE2d 160) (2017). Because Earle seeks to challenge the trial court's child custody ruling, the order may be appealed directly. See id.

We will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Earle shall have ten days from the date of this order to file a notice of appeal with the superior court, if she has not already done so. The clerk of

---

[1] Earle filed this application in the Supreme Court of Georgia, which transferred it here upon finding no basis for subject matter jurisdiction there. See Case No. S25D0260 (decided Oct. 25, 2024).

the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  12/02/2024*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*